IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, as subrogee of ONE RIVERPLACE, LLC | : <br> : <br> : CIVIL ACTION NO.: |
| Plaintiff, | : <br> : |
| v. | : **JURY TRIAL DEMANDED** <br> : |
| A.R. MYERS CORPORATION | : <br> : |
| and | : <br> : |
| ENTERPRISE MASONRY CORPORATION | : <br> : |
| Defendants. | : |

## PLAINTIFF'S CORPORATE DISCLOSURE

Plaintiff's Corporate Disclosure is attached hereto as Exhibit "A."

Dated: March 7, 2008

_____
Sean J. Bellew (#4072)
COZEN O'CONNOR
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

Attorneys for Plaintiff,
The American Insurance Company

OF COUNSEL:

William E. Gericke, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

# Exhibit "A"

Case 1:08-cv-00138-GMS     Document 3-2     Filed 03/07/2008     Page 1 of 8

THE AMERICAN INSURANCE COMPANY

### SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 29,831 | Premiums collected | 27,565 |
| Losses incurred | 16,685 | Benefit & loss related pmts | 20,373 |
| LAE incurred | 4,298 | | |
| Undrw expenses incurred | 9,064 | LAE & undrw expenses paid | 5,866 |
| Net underwriting income | -216 | Undrw cash flow | 1,327 |
| Net investment income | 1,336 | Investment income | 1,383 |
| Other income/expense | 4,623 | Other income/expense | 4,623 |
| Pre-tax oper income | 5,742 | Pre-tax cash operations | 7,332 |
| Realized capital gains | -52 | | |
| Income taxes incurred | 2,713 | Income taxes pd (recov) | -368 |
| Net income | 2,976 | Net oper cash flow | 7,700 |

---

## Allianz of America, Inc
Ultimate Parent: **Allianz Societas Europaea**

### THE AMERICAN INSURANCE COMPANY
Omaha, NE
777 San Marin Drive, Novato, CA 94998
Web: www.firemansfund.com

Tel: 415-899-2000          Fax: 415-899-3600
AMB#: 02177               NAIC#: 21857
Ultimate Parent#: 85449   FEIN#: 22-0731810

### BEST'S RATING
Based on our opinion of the consolidated Financial Strength of the members of Fireman's Fund Insurance Companies, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
For a detailed discussion of the rating rationale, refer to the report of Fireman's Fund Insurance Companies.

**Best's Rating: A p**          **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: A p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 10/02/06 | A p | 04/17/03 | A p |
| 07/22/05 | A p | 09/20/02 | A pu |
| 06/21/04 | A p | | |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2002 | 542,832 | 286,723 | -128,604 | -93,321 | 1,157,403 | 296,414 |
| 2003 | 675,459 | 460,923 | 30,972 | 36,136 | 1,153,982 | 348,009 |
| 2004 | 683,320 | 484,182 | 51,732 | 57,986 | 1,324,077 | 418,588 |
| 2005 | 699,561 | 493,883 | 70,417 | 90,808 | 1,499,042 | 507,566 |
| 2006 | 696,348 | 527,378 | 118,873 | 113,104 | 1,566,036 | 564,566 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | 157.2 | 5.4 | -44.3 | 28.8 | 1.0 | 3.9 | 134.4 | 63.9 |
| 2003 | 102.5 | 4.6 | 6.9 | 8.8 | 1.3 | 3.6 | 143.2 | 97.5 |
| 2004 | 97.6 | 4.2 | 10.8 | 22.5 | 1.2 | 3.3 | 146.2 | 113.0 |
| 2005 | 96.2 | 4.5 | 14.3 | 4.3 | 1.0 | 2.9 | 151.2 | 115.1 |
| 2006 | 88.5 | 5.1 | 23.1 | 4.8 | 0.9 | 2.7 | 156.4 | 159.3 |
| 5-Yr | 103.9 | 4.8 | 6.4 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW
For a detailed discussion of business review, refer to the report of Fireman's Fund Insurance Companies.

### 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Com'l MultiPeril | 282,989 | 109,553 | 20.8 | 61.1 | 107,879 |
| Oth Liab Occur | 75,344 | 78,690 | 14.9 | 38.9 | 139,928 |
| Homeowners | 116,345 | 70,432 | 13.4 | 41.6 | 20,558 |
| Allied Lines | 514 | 63,507 | 12.0 | 83.6 | 59,906 |
| Inland Marine | 33,020 | 57,490 | 10.9 | 29.2 | 10,304 |
| Priv Pass Auto Liab | 6,805 | 23,710 | 4.5 | 49.1 | 18,950 |
| Oth Liab Cl-Made | 2,150 | 23,557 | 4.5 | 17.2 | 37,338 |
| Workers' Comp | 79,578 | 23,214 | 4.4 | 48.5 | 151,823 |
| Ocean Marine | ... | 20,524 | 3.9 | 52.7 | 16,495 |
| Auto Physical | 9,808 | 15,131 | 2.9 | 49.6 | 3,096 |
| Med Mal Cl-Made | 39,497 | 7,658 | 1.5 | 42.5 | 18,131 |
| Farmowners | 17,496 | 3,519 | 0.7 | 33.3 | 338 |
| All Other | 32,810 | 30,393 | 5.8 | 43.8 | 77,473 |
| Totals | 696,348 | 527,378 | 100.0 | 49.4 | 662,218 |

**Major 2006 Direct Premium Writings by State ($000):** California, $176,044 (25.3%); New York, $63,991 (9.2%); Maryland, $29,675 (4.3%); Massachusetts, $27,840 (4.0%); New Jersey, $26,550 (3.8%); 47 other jurisdictions, $372,236 (53.5%); Aggregate Alien, $12 (0.0%).

### CAPITALIZATION
For a detailed discussion of capitalization, refer to the report of Fireman's Fund Insurance Companies.

### CAPITAL GENERATION ANALYSIS ($000)

Source of Surplus Growth

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2002 | -128,604 | 41,189 | 152,500 | -8,806 | 56,279 | 23.4 |
| 2003 | 30,972 | 5,682 | ... | 14,941 | 51,595 | 17.4 |
| 2004 | 51,732 | 7,013 | ... | 11,833 | 70,579 | 20.3 |
| 2005 | 70,417 | 11,686 | ... | 6,875 | 88,977 | 21.3 |
| 2006 | 118,873 | -2,890 | -70,000 | 11,017 | 57,001 | 11.2 |
| 5-Yr | 143,390 | 62,681 | 82,500 | 35,861 | 324,431 | ... |

### HISTORY
This company was incorporated under the laws of New Jersey in February, 1846, and began business in April of the same year as the American Mutual Fire and Marine Insurance Company. In 1872, the company was reorganized as a stock company. On June 1, 1990, the company was redomesticated to the state of Nebraska.

### MANAGEMENT
The financial control of The American Insurance Company was acquired in March 1963 by the Fireman's Fund Insurance Company, Novato, California, through an exchange of stock. Complete financial control of the latter was held by The Fund American Companies, Inc., Greenwich, Connecticut until January 2, 1991. At that time, Fireman's Fund Insurance Company and its subsidiaries were sold to Allianz of America, Inc., a subsidiary of Allianz SE, Germany. Allianz Global Corporate & Specialty North America (formerly Allianz Global Risks US Insurance Company), an indirect subsidiary of Allianz AG, now holds financial control of Fireman's Fund Insurance Company.

The company purchased, in early 1981, all of the outstanding stock of Interstate National Corporation, Chicago, Illinois (including its affiliates, Chicago Insurance Company, Interstate Fire & Casualty Company and Interstate Indemnity Company). In December 1998, all of these companies were sold to Fireman's Fund Insurance Company.

Ownership of American Automobile Insurance Company, Creve Coeur, Missouri, was acquired in the latter part of 1956. Also acquired at the same time was the American Automobile's wholly-owned affiliate, Associated Indemnity Corporation. Paid up capital of The American Insurance Company is $10,501,770 which consists of 4,200,708 shares of capital stock at a par value of $2.50 per share. The company has 6,000,000 authorized shares. At 12/1/95, ownership of American Automobile Insurance Company and its affiliate was sold to Fireman's Fund Insurance Company.

Affairs of the company are under the same direction as those of Fireman's Fund Insurance Company.

**Officers:** Chairman, President and Chief Executive Officer, Joseph J. Beneducci; Executive Vice President and Chief Financial Officer, Jill Elaine Paterson; Senior Vice President, Secretary and General Counsel, Cynthia L. Pevehouse; Senior Vice President and Treasurer, Linda E. Wright; Senior Vice President and Controller, Louise Jordan.

**Directors:** Joseph J. Beneducci, Bruce F. Friedberg, Louise Jordan, Jill Elaine Paterson, Cynthia L. Pevehouse, Patrick J. Thomas, Linda E. Wright.

### REGULATORY

An examination of the financial condition was made as of December 31, 2003 by the Insurance Department of Nebraska. The 2006 annual independent audit of the company was conducted by KPMG, LLP. The annual statement of actuarial opinion is provided by David R. Heyman, Vice President and Actuary, Fireman's Fund Insurance Company.

**Territory:** The company is licensed in the District of Columbia, Puerto Rico and all states.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Fireman's Fund Insurance Companies.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

|  | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Bonds | 1,241,493 | 1,160,402 | 79.3 | 77.4 |
| Preferred stock | 10,444 | ... | 0.7 | ... |
| Common stock | 0 | ... | 0.0 | ... |
| Cash & short-term invest | ... | 0 | ... | 0.0 |
| Other non-affil inv asset | 21,047 | 20,349 | 1.3 | 1.4 |
| Investments in affiliates | 48,886 | 46,327 | 3.1 | 3.1 |
| Total invested assets | 1,321,871 | 1,227,079 | 84.4 | 81.9 |
| Premium balances | 116,574 | 111,400 | 7.4 | 7.4 |
| Accrued interest | 14,198 | 10,383 | 0.9 | 0.7 |
| All other assets | 113,393 | 150,180 | 7.2 | 10.0 |
| Total assets | 1,566,036 | 1,499,042 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Loss & LAE reserves | 662,221 | 666,029 | 42.3 | 44.4 |
| Unearned premiums | 225,599 | 213,299 | 14.4 | 14.2 |
| All other liabilities | 113,649 | 112,149 | 7.3 | 7.5 |
| Total liabilities | 1,001,470 | 991,477 | 63.9 | 66.1 |
| Capital & assigned surplus | 358,118 | 358,118 | 22.9 | 23.9 |
| Unassigned surplus | 206,448 | 149,448 | 13.2 | 10.0 |
| Total policyholders' surplus | 564,566 | 507,566 | 36.1 | 33.9 |
| Total liabilities & surplus | 1,566,036 | 1,499,042 | 100.0 | 100.0 |

### SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 515,078 | Premiums collected | 514,230 |
| Losses incurred | 254,542 | Benefit & loss related pmts | 147,073 |
| LAE incurred | 44,155 |  |  |
| Undrw expenses incurred | 160,174 | LAE & undrw expenses paid | 214,158 |
| Div to policyholders | 509 | Div to policyholders | 620 |
| Net underwriting income | 55,696 | Undrw cash flow | 152,380 |
| Net investment income | 63,477 | Investment income | 62,164 |
| Other income/expense | -300 | Other income/expense | -300 |
| Pre-tax oper income | 118,873 | Pre-tax cash operations | 214,245 |
| Realized capital gains | -6,067 |  |  |
| Income taxes incurred | -297 | Income taxes pd (recov) | -182 |
| Net income | 113,104 | Net oper cash flow | 214,427 |

---

### AMERICAN INTER-FIDELITY EXCHANGE
8400 Louisiana Street, Merrillville, IN 46410
Tel: 219-755-4567        Fax: 219-755-4560
AMB#: 01776              NAIC#: 40088
FEIN#: 35-1603234

### BEST'S RATING

Based on our opinion of the company's Financial Strength, it is assigned a Best's Rating of B++ (Good). The company's Financial Size Category is Class IV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

**Rating Rationale:** The rating recognizes American Inter-Fidelity Exchange's (AIFE) very good capitalization with conservative underwriting leverage and excellent liquidity, as well as its consistently strong operating performance. AIFE has generated substantial profits in recent years primarily through effective underwriting, leading to solid surplus growth through retained earnings. It also maintains a conservative investment portfolio and has produced positive underwriting and operating cash flows to support its favorable liquidity measures. Partially offsetting these positive rating factors are AIFE's limited market profile, scale and business diversification. Business is primarily derived from one major source and is concentrated in commercial trucking liability exposures. This concentration is amplified by relatively high retentions in a line of business characterized by high loss severity and volatility, and dependence on the availability of reinsurance. Nevertheless, the Exchange has demonstrated expertise in underwriting its exposures with overall solid underwriting and operating results.

**Best's Rating: B++**                                    **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: B++

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/12/07 | B++ | 04/14/04 | B |
| 04/25/06 | B+ | 03/26/03 | B |
| 05/05/05 | B+ |  |  |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2002 | 5,600 | 4,321 | 1,173 | 1,173 | 9,192 | 4,547 |
| 2003 | 6,751 | 4,950 | 965 | 965 | 10,897 | 5,458 |
| 2004 | 7,181 | 5,018 | 1,302 | 1,502 | 13,662 | 6,977 |
| 2005 | 6,886 | 5,655 | 999 | 999 | 14,656 | 7,515 |
| 2006 | 8,223 | 7,117 | 1,080 | 1,080 | 17,619 | 8,611 |

| | Profitability | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | 81.4 | 2.3 | 27.1 | 38.5 | 1.0 | 2.0 | 197.9 | 208.5 |
| 2003 | 83.7 | 1.8 | 19.5 | 17.6 | 0.9 | 1.9 | 200.3 | 178.4 |
| 2004 | 77.9 | 1.8 | 25.9 | 25.6 | 0.7 | 1.7 | 204.4 | 128.5 |
| 2005 | 84.9 | 2.1 | 18.9 | 7.2 | 0.8 | 1.7 | 205.2 | 119.7 |
| 2006 | 94.8 | 3.7 | 15.5 | 5.4 | 0.8 | 1.9 | 195.6 | 169.4 |
| 5-Yr | 85.4 | 2.5 | 20.8 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Automobile Composite.

### BUSINESS REVIEW

American Inter-Fidelity Exchange provides commercial auto liability and cargo liability to its subscribers, which are for-hire motor carriers operating in interstate commerce. These members represent a variety of transportation operations, about half of which are intermodal short-haul carriers. In addition, individual truck drivers may obtain "non-trucking use" liability and physical damage coverage from AIFE. These individual drivers are insured through an association, which in turn is a subscriber of the exchange. "Non-trucking use" coverage insures drivers against liability when they are not engaged in the provision of transportation services on behalf of the for-hire motor carrier to whom they are leased.

The exchange continues to limit its business to a small group of long-time subscribers it has experience with, as well as companies affiliated with this select group. Several of the current subscribers are owned by U.S. 1 Industries, Inc., a publicly held interstate trucking and logistics company with annual operating revenues of over $190 million. The CEO and CFO of U.S. 1 Industries are on the board of directors of AIFE, and the president of AIFE is on the board of U.S. 1 Industries. These three individuals currently own 100% of AIFE's attorney-in-fact, American Inter-Fidelity Corporation.

### 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Comm'l Auto Liab | 5,196 | 4,090 | 57.5 | 69.1 | 6,899 |
| Auto Physical | 2,567 | 2,567 | 36.1 | 47.8 | 201 |
| Inland Marine | 459 | 459 | 6.5 | 42.1 | 300 |
| Totals | 8,223 | 7,117 | 100.0 | 59.9 | 7,400 |

**Major 2006 Direct Premium Writings by State ($000):** Indiana, $8,223 (100.0%).

2007 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

*To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir*        297

## SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 69,761 | Premiums collected | 57,798 |
| Losses incurred | 38,557 | Benefit & loss related pmts | 110,447 |
| LAE incurred | -7,789 | | |
| Undrw expenses incurred | 21,369 | LAE & undrw expenses paid | 38,809 |
| Net underwriting income | 17,625 | Undrw cash flow | -91,458 |
| Net investment income | 51,717 | Investment income | 64,177 |
| Other income/expense | 9,669 | Other income/expense | 10,150 |
| Pre-tax oper income | 79,011 | Pre-tax cash operations | -17,131 |
| Realized capital gains | 7,067 | | |
| Income taxes incurred | ... | Income taxes pd (recov) | -1,113 |
| Net income | 86,078 | Net oper cash flow | -16,018 |

— ♦ —

**Allianz of America, Inc**
**ALLIANZ INSURANCE GROUP**
2350 Empire Avenue, Burbank, CA 91504-3350
Mail: P.O. Box 7780, Burbank, CA 91510-7780
Web: www.aic-allianz.com

Tel: 818-260-7500
AMB#: 03887

### BEST'S RATING
Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A (Excellent). The group's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS
Allianz Insurance Group (AMB# 03887):

| AMB# | COMPANY | RATING | |
|---|---|---|---|
| 00407 | Allianz Global Risks US Ins Co | A | g |
| 02618 | Allianz Underwriters Ins Co | A | g |

### RATING RATIONALE
**Rating Rationale:** The rating applies to Allianz Global Risks U.S. Insurance Company (AGR US) and its direct subsidiary, Allianz Underwriters Insurance Company and Allianz Global Risk US CAB. The rating reflects the group's solid stand-alone capitalization, explicit parental support provided by its ultimate parent, Allianz A.G. ("Allianz"), its solid business franchise and improved current and future earnings capabilities in its core industrial risk market. Allianz currently provides AGR US explicit support in the form of a 90% quota share reinsurance treaty as well as a Keep Well Agreement, directly from Allianz, to reimburse AGR US for paid losses associated with the World Trade Center attack (2001). Offsetting these positive rating factors is the historically poor underwriting performance and diminished stand-alone risk-adjusted capital position experienced in the earlier part of the five year cycle, despite the improvement in each of the past three years. While already considered in Best's assessment of capitalization, a sizable portion of Allianz' surplus is tied to its 100% ownership in Fireman's Fund Insurance Companies, a separately managed operating unit. As a result, AGR US' surplus position is subject to sizable volatility caused by the Fund's own volatile operating results. The rating outlook reflects A.M. Best's view that the continued support from Allianz, along with improved underwriting processes and risk mitigation initiatives, will allow the group to generate improved operating returns, thus sustaining its strategic importance within the Allianz group.

AGR US' underwriting performance has been hampered by periodic shock losses and competitive market conditions, which prevailed in the industrial risk segment in the late 1990s. Despite improvements since 2001, the group's pre-tax operating returns on both revenue and equity have consistently remained below acceptable levels. In response, AGR US has exited most casualty business classes and maintained its focus on large U.S. industrial property exposures in keeping with its parent's global strategy to be a leader in risk management solutions for large industrial risks. As a result of these actions, as well as the group's decision in 2002 to classify all pre-2002 writings as discontinued operations, continuing lines of business posted much improved results. With current market conditions starting to soften, AGR US will be challenged to further improve and maintain its positive earnings momentum.

**Best's Rating: A**                                                      **Outlook: Stable**

## FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: A

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 10/02/06 | A | 03/21/03 | A+ g |
| 07/22/05 | A | 11/20/02 | A++gu |
| 06/21/04 | A | 09/20/02 | A++g |
| 04/16/03 | A | | |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2002 | 637,109 | 51,652 | -183,601 | -186,069 | 4,345,527 | 2,644,993 |
| 2003 | 664,674 | 47,521 | 41,082 | 48,516 | 4,807,241 | 3,384,652 |
| 2004 | 595,737 | 42,515 | 11,685 | 31,178 | 4,624,749 | 3,475,623 |
| 2005 | 635,510 | 38,476 | 5,834 | 9,886 | 4,529,010 | 3,407,290 |
| 2006 | 717,498 | 119,176 | 80,630 | 87,696 | 4,743,891 | 3,631,518 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | 363.4 | 1.3 | -99.9 | 6.4 | 0.0 | 0.6 | 262.9 | 84.9 |
| 2003 | 145.2 | 1.4 | 80.9 | 4.1 | 0.0 | 0.4 | 344.1 | 27.1 |
| 2004 | 156.7 | 1.1 | 30.1 | 3.8 | 0.0 | 0.3 | 411.5 | 27.6 |
| 2005 | 265.0 | 1.4 | 18.8 | 3.2 | 0.0 | 0.3 | 417.6 | 73.8 |
| 2006 | 62.4 | 1.3 | 113.3 | 2.2 | 0.0 | 0.3 | 447.9 | 89.7 |
| 5-Yr | 188.5 | 1.3 | -17.8 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the A.M. Best Consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Property Composite.

### BUSINESS REVIEW
The Allianz Global Risks U.S. Insurance Company ("AGR US", known as Allianz Insurance Company prior to July 9, 2003) is a leading provider of industrial property insurance for large global corporate clients having operations in the United States. Headquartered in Burbank, California, the group has regional offices in New York, Chicago and Atlanta. It also has global reach through its parents operations, Allianz AG of Munich, who operates in 77 countries around the world employing 185,000 people. Underwriting capabilities encompass the handling of virtually all types of complex industrial commercial risks, including technical risks such as large construction projects and onshore energy risks. Engineering services are utilized in the underwriting process and are provided by Allianz Risk Consultants. Coverage for large property risks is written on a mono-line manuscript policy form due to the complexity of individual risks. Policy limits of up to $300 million for property is provided.

On a direct basis, the group's business mix had historically been split approximately 80% property and 20% casualty. However, a substantial share of its property business is reinsured resulting in a net retained business mix of 20% property and 80% casualty prior to 2002. In 2002 the group ceased underwriting casualty risks relative to U.S.-based clients. In addition, AGR US also classed all business written prior to 2002 as discontinued operations with current writings emphasizing large industrial property, construction, energy, and engineering (non-casualty) risks. As a result, its 2002 and forward business mix has changed materially with net premiums split approximately 90% / 10% property and casualty, respectively. Business production is primarily derived from national brokers. In addition, the group supports its ultimate parent in its position as a leading underwriter of industrial risks, by writing U.S. risks associated with its international accounts underwritten by various Allianz AG affiliates around the world. However, effective January 2002, this business is now 100% reinsured back to the Allianz AG affiliate responsible for generating the original account. Also effective January 2002, is an inter-company reinsurance arrangement with its affiliate, Allianz Global Risk (AGR). German-based AGR now assumes 90% of AGR US' direct property business through an inter-company reinsurance arrangement. In effect, AGR has replaced AGR US' unaffiliated third-party reinsurers on all new and renewal business.

The creation of AGR by Allianz AG is the result of the group's restructured industrial activities to more effectively coordinate the handling of these multinational complex risks. Under this new structure, AGR now manages all aspects of the industrial risk business globally and controls risk accumulation and coordinates the purchase of third-party reinsurance relative to Allianz AG's global industrial risk business. AGR US being an indirect subsidiary of Allianz AG and an affiliate to AGR is well-positioned in this market, as cumulatively the group has a broad product range, a worldwide operational network, and significant underwriting capacity. The focus for AGR US and the entire group is on the profitable underwriting of industrial insurance, based on stringent underwriting criteria and obtainment of risk commensurate pricing.

In this regard, during 2001, AGR US implemented a number of underwriting actions intended to improve risk selection, pricing and policy terms and conditions. Following the events of September 11th, which resulted in a material net loss for AGR US, these remedial actions were tightened as informational underwriting requirements were increased, policy limits reduced and terrorism sub limits imposed. Relative to losses incurred as a consequence of September 11th, Allianz AG has provided AGR US with a Keep Well agreement relative to its net retained losses. This agreement is collateralized with pledged securities and high grade bonds. Further, as September 11th losses are paid, Allianz AG will reimburse the company. This agreement includes a cash call provision, if required.

During 1997, the group and its U.S. affiliate, Fireman's Fund (FFIC), agreed on a strategic realignment of their operations. As a result, FFIC's specialty property business and large account casualty business was transferred to the group. This action elevated Allianz's ranking to one of the top ten writers of fire insurance nationwide and supports its ultimate parent's mission of becoming the leading international industrial insurer. Concurrent with this action, Allianz's historical worker's compensation book was transferred to Fireman's Fund on a renewal basis. In addition, during 1997, the group's parent contributed the stock of Fireman's Fund Insurance Company and the Jefferson Insurance Company to the group to enhance its surplus base in support of its large accounts strategy targeting the Fortune 1500 accounts.

## 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Aircraft | 91,447 | 44,130 | 37.0 | -76.0 | 2,813 |
| Fire | 229,142 | 24,996 | 21.0 | -37.6 | 140,915 |
| Inland Marine | 78,425 | 9,258 | 7.8 | 40.7 | 7,423 |
| Allied Lines | 104,346 | 8,681 | 7.3 | 453.9 | 94,927 |
| Comm'l Auto Liab | 7,974 | 8,613 | 7.2 | 162.9 | 24,247 |
| Oth Liab Occur | 32,585 | 8,107 | 6.8 | -99.9 | 87,182 |
| Other A & H | 21,400 | 5,278 | 4.4 | 103.2 | 1,231 |
| Auto Physical | 4,629 | 4,201 | 3.5 | 34.7 | 1,188 |
| Earthquake | 35,115 | 2,043 | 1.7 | -20.7 | 1,390 |
| Prod Liab Occur | 40,902 | 1,815 | 1.5 | -99.9 | 161,912 |
| Com'l MultiPeril | 28,824 | 1,459 | 1.2 | 57.8 | 7,084 |
| Boiler & Mach | 22,371 | 343 | 0.3 | 61.8 | 1,845 |
| All Other | 20,338 | 251 | 0.2 | -99.9 | 106,142 |
| Totals | 717,498 | 119,176 | 100.0 | 55.3 | 638,299 |

Major 2006 Direct Premium Writings by State ($000): California, $81,611 (11.4%); Texas, $48,604 (6.8%); Florida, $34,749 (4.8%); Michigan, $28,535 (4.0%); Illinois, $28,407 (4.0%); 50 other jurisdictions, $302,268 (42.1%); Canada, $169,106 (23.6%); Aggregate Alien, $24,218 (3.4%).

## CAPITALIZATION

Allianz maintains an excellent level of risk adjusted capitalization, as measured by Best's Capital Adequacy Ratio (BCAR), despite sizable holdings in the affiliated Fireman's Fund Insurance Companies. The Fireman's Fund investment represents just over 85% of AGR US's capital base. AGR US's capitalization, exclusive of its very high level of affiliated investments, is also negatively impacted by its high ceded reinsurance leverage, due to the significant amount of ceded WTC losses. While the materiality of the group's reinsurance recoverable balance represents a risk associated with the credit quality and contractual performance of reinsurers, the majority of the receivables are due from international affiliates, largely backed by letters of credit, and other highly rated domestic reinsurers. Additionally, the group maintains a conservative catastrophe management strategy. Furthermore, management has embarked on a program to reduce the company's exposure to natural catastrophes through revised underwriting guidelines.

While net premium leverage is significantly below that of their industry composite, loss reserve leverage, as well as other net liabilities, relative to unstacked capital remains elevated but has improved significantly from 2001. It is expected to continue to improve in the near term as surplus benefits from improved earnings and discontinued lines are run-off. Furthermore, a little more than 27% of the group's net loss reserves pertain to the WTC loss, which is not expected to have any further development. Additionally, the group's capital position is significantly enhanced by the financial flexibility of its ultimate parent, Allianz AG Holding, which has demonstrated its commitment to the group in the form of necessary capital infusion and affiliated reinsurance programs.

## CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2002 | -183,601 | -1,508,973 | 2,162,000 | -34,809 | 434,618 | 19.7 |
| 2003 | 41,082 | 673,426 | ... | 25,152 | 739,660 | 28.0 |
| 2004 | 11,685 | 490,418 | -404,452 | -6,679 | 90,971 | 2.7 |
| 2005 | 5,834 | 561,647 | -627,016 | -8,798 | -68,333 | -2.0 |
| 2006 | 80,630 | 905,144 | -725,000 | -36,545 | 224,228 | 6.6 |
| 5-Yr | -44,371 | 1,121,662 | 405,532 | -61,679 | 1,421,143 | ... |

## QUALITY OF SURPLUS ($000)

| Period Ending | Year-End PHS | % of PHS Cap. Stock/ Contrib. Cap. | Other | Unassigned Surplus | Dividend Requirements Stockholder Divs | Div. To POI (%) | Div. To Net Inc. (%) |
|---|---|---|---|---|---|---|---|
| 2002 | 2,644,993 | 232.3 | ... | -99.9 | ... | ... | ... |
| 2003 | 3,384,652 | 181.5 | ... | -81.5 | ... | ... | ... |
| 2004 | 3,475,623 | 165.1 | ... | -65.1 | ... | ... | ... |
| 2005 | 3,407,290 | 171.2 | ... | -71.2 | -720,000 | 999.9 | 999.9 |
| 2006 | 3,631,518 | 120.8 | ... | -20.8 | 720,000 | -99.9 | -99.9 |

## LEVERAGE ANALYSIS

| | Company | | | | Industry Composite | | | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | NPW to PHS | Res. to PHS | Net Lev. | Gross Lev. | NPW to PHS | Res. to PHS | Net Lev. | Gross Lev. |
| 2002 | 0.0 | 0.4 | 0.6 | 2.3 | 0.9 | 0.9 | 2.9 | 4.3 |
| 2003 | 0.0 | 0.3 | 0.4 | 1.7 | 1.0 | 0.7 | 2.6 | 3.6 |
| 2004 | 0.0 | 0.2 | 0.3 | 1.4 | 1.0 | 0.8 | 2.9 | 4.1 |
| 2005 | 0.0 | 0.2 | 0.3 | 1.7 | 1.0 | 0.9 | 3.0 | 4.4 |
| 2006 | 0.0 | 0.2 | 0.3 | 1.4 | 0.8 | 0.6 | 2.2 | 3.2 |

Current BCAR: 185.9

## PREMIUM COMPOSITION & GROWTH ANALYSIS

| Period Ending | DPW ($000) | (% Chg) | GPW ($000) | (% Chg) | NPW ($000) | (% Chg) | NPE ($000) | (% Chg) |
|---|---|---|---|---|---|---|---|---|
| 2002 | 637,109 | 25.5 | 675,977 | 21.9 | 51,652 | -2.5 | 57,963 | -13.3 |
| 2003 | 664,674 | 4.3 | 696,993 | 3.1 | 47,521 | -8.0 | 50,772 | -12.4 |
| 2004 | 595,737 | -10.4 | 631,955 | -9.3 | 42,515 | -10.5 | 38,825 | -23.5 |
| 2005 | 635,510 | 6.7 | 679,033 | 7.4 | 38,476 | -9.5 | 31,100 | -19.9 |
| 2006 | 717,498 | 12.9 | 760,649 | 12.0 | 119,176 | 209.7 | 71,185 | 128.9 |
| 5-Yr CAGR | ... | 7.2 | ... | 6.5 | ... | 17.6 | ... | 1.3 |
| 5-Yr Chg | ... | 41.3 | ... | 37.2 | ... | 125.0 | ... | 6.5 |

## LOSS & ALAE RESERVE DEVELOP.: CALENDAR YEAR ($000)

| Calendar Year | Orig. Loss Reserves | Developed Reserves Thru '06 | Develop. to Orig. (%) | Develop. to PHS (%) | Develop. to NPE (%) | Unpaid Reserves @12/06 | Unpaid Res. to Develop. (%) |
|---|---|---|---|---|---|---|---|
| 2001 | 1,007,028 | 1,150,311 | 14.2 | 6.5 | 999.9 | 464,353 | 40.4 |
| 2002 | 1,049,300 | 1,043,689 | -0.5 | -0.2 | 999.9 | 487,156 | 46.7 |
| 2003 | 846,213 | 831,312 | -1.8 | -0.4 | 999.9 | 497,509 | 59.8 |
| 2004 | 711,524 | 691,992 | -2.7 | -0.6 | 999.9 | 506,931 | 73.3 |
| 2005 | 624,012 | 622,280 | -0.3 | -0.1 | 999.9 | 544,238 | 87.5 |
| 2006 | 578,157 | 578,157 | ... | ... | 812.2 | 578,157 | 100.0 |

## ASBESTOS & ENVIRONMENTAL (A&E) RESERVE ANALYSIS

| | Company | | | | | Industry Composite | | |
|---|---|---|---|---|---|---|---|---|
| Year | Net A&E Reserve ($000) | Reserve Retention (%) | Net IBNR Mix (%) | Survival Ratio (3yr) | Comb Ratio Impact (1 yr) | Comb Ratio Impact (3 yr) | Survival Ratio (3yr) | Comb Ratio Impact (1 yr) | Comb Ratio Impact (3 yr) |
| 2002 | 29,040 | 22.2 | 37.2 | ... | 4.0 | ... | ... | 2.3 | ... |
| 2003 | 26,150 | 21.7 | 39.2 | ... | -0.7 | ... | ... | 1.7 | ... |
| 2004 | 29,945 | 22.4 | 40.9 | 10.4 | 20.1 | 6.6 | 8.3 | 1.4 | 1.8 |
| 2005 | 26,495 | 16.8 | 71.4 | 10.0 | -6.6 | 4.5 | 8.4 | 1.0 | 1.4 |
| 2006 | 24,625 | 15.0 | 71.7 | 10.0 | 0.1 | 4.2 | 7.9 | 0.5 | 0.9 |

**Reinsurance Utilization:** AGR US has always utilized a considerable amount of reinsurance, as is practical when underwriting industrial property exposures on a surplus base that is modest relative to its large commercial property peers. With the hurricane losses in 2005, reinsurance recoverables increased significantly to more than $3.9 billion up from $3.2 billion in 2004. More than half of these recoverables were due from foreign affiliates, principally Allianz AG, the parent, and Allianz Global Risk Re. AGR US also cedes 90% of its continuing lines of business to Allianz AG and further benefits from a Keep Well agreement, which serves to fund its net WTC loss payments. As a result, recoverables from third-party reinsurers are expected to decline as losses are run off, while the parent provides the majority of the group's reinsurance needs on an on going basis.

2007 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

*To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir*

159

ALLIANZ OF AMERICA, INC.

### CEDED REINSURANCE ANALYSIS ($000)

| | Company | | | | Industry Composite | | |
|---|---|---|---|---|---|---|---|
| Period Ending | Ceded Reins. Total | Bus. Ret. (%) | Reins. Recov. to PHS (%) | Ceded Reins. to PHS (%) | Bus. Ret. (%) | Reins. Recov. to PHS (%) | Ceded Reins. to PHS (%) |
| 2002 | 4,498,063 | 7.6 | 144.6 | 170.1 | 66.5 | 88.1 | 135.6 |
| 2003 | 4,349,501 | 6.8 | 107.5 | 128.5 | 73.8 | 65.6 | 100.2 |
| 2004 | 3,843,686 | 6.7 | 92.2 | 110.6 | 70.3 | 69.6 | 113.8 |
| 2005 | 4,598,979 | 5.7 | 114.7 | 135.0 | 69.6 | 94.9 | 143.4 |
| 2006 | 4,066,045 | 15.7 | 93.0 | 112.0 | 66.9 | 57.1 | 100.4 |

### 2006 REINSURANCE RECOVERABLES ($000)

| | Paid & Unpaid Losses | IBNR | Unearned Premiums | Other Recov* | Total Reins Recov |
|---|---|---|---|---|---|
| US Affiliates | 373,323 | 360,932 | 5,415 | ... | 739,670 |
| Foreign Affiliates | 974,154 | 1,028,004 | 225,406 | -3,469 | 2,224,095 |
| US Insurers | 245,372 | 196,918 | 26,519 | -23 | 468,786 |
| Pools/Associations | 1,250 | 2,301 | 56 | ... | 3,607 |
| Other Non-US | 499,188 | 120,566 | 59,614 | -22 | 679,346 |
| Total (ex US Affils) | 1,719,964 | 1,347,789 | 311,595 | -3,514 | 3,375,834 |
| Grand Total | 2,093,287 | 1,708,721 | 317,010 | -3,514 | 4,115,504 |

* Includes Commissions less Funds Withheld

### INVESTMENT LEVERAGE ANALYSIS (% OF PHS)

| | Company | | | | | Industry Composite | |
|---|---|---|---|---|---|---|---|
| Period Ending | Class 3-6 Bonds | Real Estate/ Mtg. | Other Invested Assets | Common Stocks | Non-Affil. Inv. Lev. | Affil. Inv. | Class 3-6 Bonds | Common Stocks |
| 2002 | 1.4 | ... | 0.3 | 4.7 | 6.4 | 92.3 | 5.5 | 35.7 |
| 2003 | 1.2 | ... | 0.3 | 2.6 | 4.1 | 91.3 | 4.1 | 30.6 |
| 2004 | 0.6 | ... | 1.2 | 2.0 | 3.8 | 87.1 | 3.1 | 36.0 |
| 2005 | 0.2 | ... | 1.0 | 2.0 | 3.2 | 86.8 | 2.7 | 40.6 |
| 2006 | 0.1 | ... | 0.4 | 1.7 | 2.2 | 86.3 | 1.9 | 36.9 |

### REINSURANCE PROGRAMS

The group currently maintains corporate reinsurance catastrophe protection for all losses arising from a single occurrence as follows: Catastrophe Coverage for $30 MM excess of $5.0 million; $12.5 million excess of $10 million: $12.5 million excess of $22.5 million. Property per risk reinsurance coverage is also available for $17.5 million excess of $2.5 million. Engineering and Power reinsurance coverage is for $9.0 million excess of $1.0 million. Energy reinsurance coverage is $9.0 million excess of $1.0 million. In addition, reinsurance protection has been provided through the group's German affiliates, principally Allianz Global Risks Re (AGR Re), since 2002 in the form of a 90% ceded quota share arrangement (net of unaffiliated reinsurance).

### CONSOLIDATED BALANCE SHEET
(at December 31, 2006)

#### ADMITTED ASSETS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Bonds | 1,002,397 | 971,978 | 21.1 | 21.5 |
| Preferred stock | 6,505 | ... | 0.1 | ... |
| Common stock | 60,808 | 67,999 | 1.3 | 1.5 |
| Cash & short-term invest | 75,726 | 94,867 | 1.6 | 2.1 |
| Other non-affil inv asset | 15,977 | 32,963 | 0.3 | 0.7 |
| Investments in affiliates | 3,133,827 | 2,957,547 | 66.1 | 65.3 |
| Total invested assets | 4,295,240 | 4,125,354 | 90.5 | 91.1 |
| Premium balances | 77,300 | 24,427 | 1.6 | 0.5 |
| Accrued interest | 11,977 | 11,939 | 0.3 | 0.3 |
| All other assets | 359,374 | 367,291 | 7.6 | 8.1 |
| Total assets | 4,743,891 | 4,529,010 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Loss & LAE reserves | 638,299 | 702,902 | 13.5 | 15.5 |
| Unearned premiums | 82,604 | 34,613 | 1.7 | 0.8 |
| Conditional reserve funds | 53,118 | 37,085 | 1.1 | 0.8 |
| All other liabilities | 338,352 | 347,120 | 7.1 | 7.7 |
| Total liabilities | 1,112,373 | 1,121,720 | 23.4 | 24.8 |
| Total policyholders' surplus | 3,631,518 | 3,407,290 | 76.6 | 75.2 |
| Total liabilities & surplus | 4,743,891 | 4,529,010 | 100.0 | 100.0 |

### CONSOLIDATED SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 71,185 | Premiums collected | 58,978 |
| Losses incurred | 39,343 | Benefit & loss related pmts | 111,813 |
| LAE incurred | -7,948 | | |
| Undrw expenses incurred | 21,805 | LAE & undrw expenses paid | 39,635 |
| Net underwriting income | 17,984 | Undrw cash flow | -92,470 |
| Net investment income | 55,661 | Investment income | 68,301 |
| Other income/expense | 6,984 | Other income/expense | 7,465 |
| Pre-tax oper income | 80,630 | Pre-tax cash operations | -16,704 |
| Realized capital gains | 7,067 | | |
| Income taxes incurred | ... | Income taxes pd (recov) | -1,121 |
| Net income | 87,696 | Net oper cash flow | -15,584 |

◆

## ALLIANZ OF AMERICA, INC.
777 San Marin Drive, Novato, CA 94998
Tel: 415-899-3055           Fax: 415-899-3806
AMB#: 18429

### KEY FINANCIAL INDICATORS ($000)

| | Statutory Data | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 2002 | 4,894,272 | 2,623,306 | -1,369,665 | -1,508,169 | 14,817,533 | 2,752,251 |
| 2003 | 5,014,755 | 4,128,075 | 277,854 | 306,521 | 14,775,308 | 3,503,102 |
| 2004 | 4,946,487 | 4,338,689 | 409,118 | 420,718 | 14,116,861 | 3,608,540 |
| 2005 | 5,346,459 | 4,441,388 | 657,400 | 711,014 | 14,002,026 | 3,567,620 |
| 2006 | 5,626,667 | 4,822,235 | 1,185,857 | 1,100,196 | 14,470,486 | 3,795,622 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | 160.0 | 4.4 | -51.1 | 87.1 | 1.0 | 5.2 | 125.0 | 65.9 |
| 2003 | 103.2 | 4.8 | 6.9 | 38.6 | 1.2 | 4.3 | 133.1 | 93.6 |
| 2004 | 98.4 | 4.6 | 9.6 | 34.5 | 1.2 | 4.1 | 136.2 | 116.4 |
| 2005 | 97.0 | 5.1 | 14.9 | 34.4 | 1.2 | 4.1 | 137.3 | 130.3 |
| 2006 | 88.3 | 6.1 | 25.5 | 40.7 | 1.3 | 4.0 | 138.0 | 113.6 |
| 5-Yr | 104.9 | 5.0 | 5.8 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the A.M. Best Consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Property Composite.

### CORPORATE OVERVIEW

The Allianz of America Group is the U.S. domestic arm of the Allianz Aktiengesellschaft Group (Allianz AG) which is headquartered in Munich, Germany. The Allianz Group is one of the world's leading financial services groups as well as the leading European insurer. The group is active worldwide, underwriting a broad range of non-life and life coverages in personal, commercial and industrial lines. It maintains a strong market presence in all major markets with more than 700 companies in 70 countries. Operations are managed mainly through 14 group flagship operations that generate roughly 90% of the overall business -Allianz/BVB/Frankfurter (German PC group), Fireman's Fund (US), RAS (Italy), Lloyd Adriatico (Italy), Allianz Swiss (Switzerland), AGF (France), Allianz Elemantar (Austria), Cornhill (UK), Allianz Spain (Spain), Allianz Leben (Life Germany), Allianz Kranken (Health Germany), Allianz Life (US), Allianz Dresdner Asset Management (worldwide). The Allianz AG, acts as both the ultimate group holding company and group reinsurer.

While the group's historical origins are in Germany, where it continues to derive a significant portion of its business and maintains a lead market position, its major growth potential is seen in international markets. It is Allianz's mission to be the leading organization worldwide both in terms of size and value and to achieve long-term profitable growth. It seeks to achieve influential market leadership positions in major markets by becoming one of the top five providers in these markets. This has led the group to pursue major acquisitions during the last fifteen years including its purchase of a majority shareholding in the RAS group in Italy, the Berner group in Switzerland, the Fireman's Fund group in the U.S and the AGF group in France. As a result of these acquisitions, Allianz has achieved top-five ranking in most European markets.

Allianz continues to seek opportunities for growth outside of its European home base, where it currently derives nearly 80% of its business (30% directly attributable to Germany). Approximately 20% of the group's business emanates from North and South America and less than 5% from Asia and Africa. Allianz recognizes the strategic importance of the U.S. market and is targeting niche opportunities to augment its current position in this market in addition to an ongoing review of potential acquisition candidates. The group is also focused on developing lead positions in emerging markets as these markets offer the greatest growth potential. Allianz seeks to exploit its strong capital base to underwrite business in an increasingly competitive environment, while offering worldwide service to its international industrial and commercial client base.

In terms of product segment, the group's property/casualty business comprises one-half of its overall book with life/health business representing the remainder. Prior to 2003, one of Allianz's strategic objectives focuses on the expansion of its life/health business. This strategy rests on the expectation that in light of continuing budgetary pressures, aging populations, and consumer demand for more control over their retirement benefits, government social security services shall be reduced. In several leading European economies this is already the case. Personal lines motor business is viewed as the driver for expansion of its product line as it is generally the first point of contact with the customer. Allianz has therefore dedicated considerable resources in this area to increase its penetration and persistency rates in this important market. The group has pioneered the introduction of segmented pricing to more accurately link the risks covered to premiums received. In addition, Allianz has become increasingly focused on customer service through improved product design, better agency support, and increased use of technology. The group also maintains regional market autonomy recognizing the importance of brand recognition, particularly within the personal lines segment. Allianz operates under the philosophy of "as local as possible, as central as necessary".

Another objective of the Allianz group is to maintain its market position in the global industrial risk insurance business. Currently, the group has achieved a lead/co-lead insurer status with 20% of the Fortune 500 companies. Since 1998, the group has restructured its operations to more effectively coordinate the handling of these multinational complex risks. Industrial and commercial risks for corporate customers with sales exceeding a certain level are managed now by a single division that oversees key aspects of the business associated with these customers. Allianz is well-positioned in this market with its broad product range, which includes its specialized credit business expertise, worldwide operational network, and significant underwriting capacity. Similarly, the group maintains strong operations servicing marine, aviation, and transport risks for its global customers.

With regard to new business areas, the group recently increased its concentration on other core financial services such as asset management and banking. In 1998 Allianz Asset Management GmbH was founded and Allianz began focusing on professional asset management for third parties, with a particular emphasis on investment funds and pension fund management. In 2000 and 2001, Allianz's acquisitions of PIMCO and Nicholas Applegate Capital Management (two well-known asset managers in the United States) as well as the firm's acquisition of Dresdner Bank, significantly broadened the group's U.S. and global footprint in both asset management and banking. As a result, Allianz is now ranked the second largest asset manager in the world.

Allianz's banking segment, which is now its fourth core business segment, is centered on Dresdner bank, which is the third largest bank in Germany and the eleventh largest bank in Europe. The 2001 Dresdner acquisition provided Allianz with significant new bank distribution channels for its property/casualty, life/health and asset management products and services. Allianz's banking segment operates through approximately 1,150 German and non-German branch offices of Dresdner Bank and various subsidiaries with significant operations in Germany, the United Kingdom, other European countries and the United States.

Allianz's strategy is to achieve profitable growth across its four business segments for the benefit of its shareholders, policyholders and employees. Allianz believes that its size, financial strength and worldwide reach are key competitive strengths that will allow the group to participate in the on going consolidation of the financial services industry and to maintain the Allianz AG's position as an industry leader.

## BUSINESS REVIEW

### 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Com'l MultiPeril | 1,133,605 | 954,091 | 19.8 | 61.5 | 952,136 |
| Oth Liab Occur | 777,051 | 692,369 | 14.4 | 39.6 | 1,340,097 |
| Homeowners | 605,981 | 612,455 | 12.7 | 41.6 | 178,793 |
| Allied Lines | 665,913 | 560,915 | 11.6 | 89.7 | 617,162 |
| Inland Marine | 609,697 | 509,168 | 10.6 | 29.3 | 97,387 |
| Priv Pass Auto Liab | 110,174 | 206,191 | 4.3 | 48.8 | 166,425 |
| Oth Liab Cl-Made | 186,031 | 204,952 | 4.3 | 16.7 | 341,728 |
| Workers' Comp | 199,411 | 201,860 | 4.2 | 48.6 | 1,387,155 |
| Ocean Marine | 206,577 | 178,566 | 3.7 | 53.4 | 144,991 |
| Auto Physical | 104,043 | 135,791 | 2.8 | 49.0 | 28,234 |
| Credit | 200,063 | 117,134 | 2.4 | 41.3 | 32,175 |
| Fire | 268,587 | 64,773 | 1.3 | -14.7 | 145,189 |
| All Other | 559,535 | 383,970 | 8.0 | 49.0 | 1,059,036 |
| Totals | 5,626,667 | 4,822,235 | 100.0 | 49.7 | 6,490,507 |

**Major 2006 Direct Premium Writings by State ($000):** California, $1,252,696 (22.3%); New York, $513,275 (9.1%); Florida, $374,142 (6.6%); Texas, $294,454 (5.2%); Illinois, $197,732 (3.5%); 50 other jurisdictions, $2,760,465 (49.1%); Canada, $206,624 (3.7%); Aggregate Alien, $27,279 (0.5%).

### CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2002 | -1,369,665 | -210,842 | 2,155,000 | -126,765 | 447,729 | 19.4 |
| 2003 | 277,854 | 216,773 | -7,923 | 264,147 | 750,851 | 27.3 |
| 2004 | 409,118 | 21,540 | -421,138 | 95,919 | 105,439 | 3.0 |
| 2005 | 657,400 | 31,494 | -634,662 | -95,152 | -40,920 | -1.1 |
| 2006 | 1,185,857 | -226,646 | -434,789 | -296,421 | 228,001 | 6.4 |
| 5-Yr | 1,160,565 | -167,682 | 656,490 | -158,272 | 1,491,100 | ... |

### QUALITY OF SURPLUS ($000)

| | | % of PHS | | | Dividend Requirements | |
|---|---|---|---|---|---|---|
| Period Ending | Year-End PHS | Cap. Stock/ Contrib. Cap. | Other | Unassigned Surplus | Stockholder Divs | Div. To POI (%) | Div. To Net Inc. (%) |
| 2002 | 2,752,251 | 223.8 | 0.1 | -99.9 | -3,500 | -0.3 | -0.2 |
| 2003 | 3,503,102 | 175.8 | 0.1 | -75.9 | -7,800 | 2.8 | 2.5 |
| 2004 | 3,608,540 | 159.5 | 0.1 | -59.6 | -16,692 | 4.1 | 4.0 |
| 2005 | 3,567,620 | 163.9 | 0.1 | -64.0 | -727,600 | 110.7 | 102.3 |
| 2006 | 3,795,622 | 116.0 | 0.1 | -16.1 | 682,324 | -57.5 | -62.0 |

### LEVERAGE ANALYSIS

| | Company | | | | Industry Composite | | | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | NPW to PHS | Res. to PHS | Net Lev. | Gross Lev. | NPW to PHS | Res. to PHS | Net Lev. | Gross Lev. |
| 2002 | 1.0 | 2.5 | 5.2 | 9.0 | 0.9 | 0.9 | 2.9 | 4.3 |
| 2003 | 1.2 | 1.7 | 4.3 | 6.6 | 1.0 | 0.7 | 2.6 | 3.6 |
| 2004 | 1.2 | 1.7 | 4.1 | 6.1 | 1.0 | 0.8 | 2.9 | 4.1 |
| 2005 | 1.2 | 1.8 | 4.1 | 6.6 | 1.0 | 0.9 | 3.0 | 4.4 |
| 2006 | 1.3 | 1.7 | 4.0 | 6.2 | 0.8 | 0.6 | 2.2 | 3.2 |

### PREMIUM COMPOSITION & GROWTH ANALYSIS

| Period Ending | DPW ($000) | DPW (% Chg) | GPW ($000) | GPW (% Chg) | NPW ($000) | NPW (% Chg) | NPE ($000) | NPE (% Chg) |
|---|---|---|---|---|---|---|---|---|
| 2002 | 4,894,272 | -7.2 | 5,035,430 | -9.1 | 2,623,306 | -38.5 | 2,681,836 | -36.0 |
| 2003 | 5,014,755 | 2.5 | 5,211,836 | 3.5 | 4,128,075 | 57.4 | 4,015,336 | 49.7 |
| 2004 | 4,946,487 | -1.4 | 5,814,778 | 11.6 | 4,338,689 | 5.1 | 4,274,798 | 6.5 |
| 2005 | 5,346,459 | 8.1 | 6,281,975 | 8.0 | 4,441,388 | 2.4 | 4,418,743 | 3.4 |
| 2006 | 5,626,667 | 5.2 | 6,673,733 | 6.2 | 4,822,235 | 8.6 | 4,656,278 | 5.4 |
| 5-Yr CAGR | ... | 1.3 | ... | 3.8 | ... | 2.5 | ... | 2.1 |
| 5-Yr Chg | ... | 6.7 | ... | 20.5 | ... | 13.0 | ... | 11.2 |

### LOSS & ALAE RESERVE DEVELOP.: CALENDAR YEAR ($000)

| Calendar Year | Orig. Loss Reserves | Developed Reserves Thru '06 | Develop. to Orig. (%) | Develop. to PHS (%) | Develop. to NPE (%) | Unpaid Reserves @12/06 | Unpaid Res. to Develop. (%) |
|---|---|---|---|---|---|---|---|
| 2001 | 7,777,274 | 7,846,424 | 0.9 | 3.0 | 187.5 | 2,620,625 | 33.4 |
| 2002 | 6,927,349 | 7,470,867 | 7.8 | 19.7 | 278.8 | 2,875,365 | 38.5 |
| 2003 | 6,092,983 | 6,402,936 | 5.1 | 8.8 | 159.5 | 3,223,779 | 50.3 |
| 2004 | 6,162,088 | 6,266,585 | 1.7 | 2.9 | 146.6 | 3,790,755 | 60.5 |
| 2005 | 6,587,511 | 6,576,954 | -0.2 | -0.3 | 148.8 | 4,705,671 | 71.5 |
| 2006 | 6,518,720 | 6,518,720 | ... | ... | 140.0 | 6,518,720 | 100.0 |

2007 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

*To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir*

161

**ALLIANZ UNDERWRITERS INSURANCE COMPANY**

### ASBESTOS & ENVIRONMENTAL (A&E) RESERVE ANALYSIS

| | | Company | | | | Industry Composite | | |
|---|---|---|---|---|---|---|---|---|
| Year | Net A&E Reserve ($000) | Reserve Retention (%) | Net IBNR Mix (%) | Survival Ratio (3 yr) | Comb Ratio Impact (1 yr) | Comb Ratio Impact (3 yr) | Survival Ratio (3 yr) | Comb Ratio Impact (1 yr) | Comb Ratio Impact (3 yr) |
| 2002 | 257,895 | 14.5 | 25.0 | ... | -18.5 | ... | ... | 2.3 | ... |
| 2003 | 245,981 | 15.2 | 91.7 | ... | 0.0 | ... | ... | 1.7 | ... |
| 2004 | 195,956 | 13.9 | 90.3 | 4.2 | -0.7 | -4.8 | 8.3 | 1.4 | 1.8 |
| 2005 | 245,496 | 11.0 | 96.5 | 17.6 | 1.4 | 0.3 | 8.4 | 1.0 | 1.4 |
| 2006 | 236,124 | 11.2 | 96.1 | 17.3 | 0.1 | 0.3 | 7.9 | 0.5 | 0.9 |

### CEDED REINSURANCE ANALYSIS ($000)

| | Company | | | | Industry Composite | | |
|---|---|---|---|---|---|---|---|
| Period Ending | Ceded Reins. Total | Bus. Ret. (%) | Reins. Recov. to PHS (%) | Ceded Reins. to PHS (%) | Bus. Ret. (%) | Reins. Recov. to PHS (%) | Ceded Reins. to PHS (%) |
| 2002 | 10,300,608 | 52.1 | 284.4 | 374.3 | 66.5 | 88.1 | 135.6 |
| 2003 | 7,897,842 | 79.2 | 192.5 | 225.5 | 73.8 | 65.6 | 100.2 |
| 2004 | 7,336,644 | 74.6 | 160.9 | 203.3 | 70.3 | 69.6 | 113.8 |
| 2005 | 9,147,150 | 70.7 | 203.0 | 256.4 | 69.6 | 94.9 | 143.4 |
| 2006 | 8,344,438 | 72.3 | 168.3 | 219.8 | 66.9 | 57.1 | 100.4 |

### 2006 REINSURANCE RECOVERABLES ($000)

| | Paid & Unpaid Losses | IBNR | Unearned Premiums | Other Recov* | Total Reins Recov |
|---|---|---|---|---|---|
| US Affiliates | 3,490,235 | 2,762,445 | 1,733,020 | ... | 7,985,700 |
| Foreign Affiliates | 1,092,175 | 2,452,157 | 237,104 | -13,076 | 3,768,360 |
| US Insurers | 656,408 | 802,254 | 66,513 | 1,672 | 1,526,847 |
| Pools/Associations | 118,985 | 24,151 | 835 | -2,339 | 141,632 |
| Other Non-US | 629,794 | 254,020 | 63,864 | 2,213 | 949,892 |
| Total (ex US Affils) | 2,497,362 | 3,532,582 | 368,316 | -11,530 | 6,386,731 |
| Grand Total | 5,987,597 | 6,295,027 | 2,101,336 | -11,529 | 14,372,431 |

* Includes Commissions less Funds Withheld

### INVESTMENT LEVERAGE ANALYSIS (% OF PHS)

| | Company | | | | | | Industry Composite | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Class 3-6 Bonds | Real Estate/ Mtg. | Other Invested Assets | Common Stocks | Non-Affil. Inv. Lev. | Affil. Inv. | Class 3-6 Bonds | Common Stocks |
| 2002 | 17.0 | 0.2 | 8.3 | 61.5 | 87.1 | 62.5 | 5.5 | 35.7 |
| 2003 | 11.3 | ... | 6.1 | 21.3 | 38.6 | 58.5 | 4.1 | 30.6 |
| 2004 | 6.5 | 0.2 | 13.6 | 14.3 | 34.5 | 39.9 | 3.1 | 36.0 |
| 2005 | 2.4 | 0.3 | 6.7 | 25.0 | 34.4 | 19.0 | 2.7 | 40.6 |
| 2006 | 1.9 | 1.5 | 11.4 | 25.9 | 40.7 | 0.1 | 1.9 | 36.9 |

### CONSOLIDATED BALANCE SHEET
(at December 31, 2006)

#### ADMITTED ASSETS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Bonds | 8,897,664 | 9,185,326 | 61.5 | 65.6 |
| Preferred stock | 76,950 | 13,706 | 0.5 | 0.1 |
| Common stock | 983,483 | 892,493 | 6.8 | 6.4 |
| Cash & short-term invest | 506,516 | -86,398 | 3.5 | -0.6 |
| Other non-affil inv asset | 488,006 | 249,893 | 3.4 | 1.8 |
| Investments in affiliates | 5,457 | 677,710 | 0.0 | 4.8 |
| Total invested assets | 10,958,076 | 10,932,731 | 75.7 | 78.1 |
| Premium balances | 1,919,729 | 1,027,293 | 13.3 | 7.3 |
| Accrued interest | 99,143 | 95,637 | 0.7 | 0.7 |
| All other assets | 1,493,538 | 1,946,365 | 10.3 | 13.9 |
| Total assets | 14,470,486 | 14,002,026 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/06 | 12/31/05 | '06% | '05% |
|---|---|---|---|---|
| Loss & LAE reserves | 6,490,513 | 6,579,951 | 44.9 | 47.0 |
| Unearned premiums | 2,124,624 | 1,958,667 | 14.7 | 14.0 |
| Conditional reserve funds | 187,754 | 233,808 | 1.3 | 1.7 |
| All other liabilities | 1,871,973 | 1,661,980 | 12.9 | 11.9 |
| Total liabilities | 10,674,864 | 10,434,406 | 73.8 | 74.5 |
| Total policyholders' surplus | 3,795,622 | 3,567,620 | 26.2 | 25.5 |
| Total liabilities & surplus | 14,470,486 | 14,002,026 | 100.0 | 100.0 |

### CONSOLIDATED SUMMARY OF 2006 OPERATIONS ($000)

| Statement of Income | 12/31/06 | Funds Provided from Operations | 12/31/06 |
|---|---|---|---|
| Premiums earned | 4,656,278 | Premiums collected | 4,171,825 |
| Losses incurred | 2,313,839 | Benefit & loss related pmts | 2,326,185 |
| LAE incurred | 380,354 | | |
| Undrw expenses incurred | 1,463,107 | LAE & undrw expenses paid | 1,910,672 |
| Div to policyholders | 4,429 | Div to policyholders | 5,391 |
| Net underwriting income | 494,549 | Undrw cash flow | -70,423 |
| Net investment income | 655,267 | Investment income | 663,291 |
| Other income/expense | 36,042 | Other income/expense | 33,055 |
| Pre-tax oper income | 1,185,857 | Pre-tax cash operations | 625,923 |
| Realized capital gains | 13,541 | | |
| Income taxes incurred | 99,202 | Income taxes pd (recov) | 41,612 |
| Net income | 1,100,196 | Net oper cash flow | 584,311 |

— ◆ —

**Allianz of America, Inc**

**Ultimate Parent: Allianz Societas Europaea**

**ALLIANZ UNDERWRITERS INSURANCE COMPANY**
2350 Empire Avenue, Burbank, CA 91504-3350
Mail: P.O. Box 7780, Burbank, CA 91510-7780
Web: www.aic-allianz.com

Tel: 818-260-7500        Fax: 818-260-7207
AMB#: 02618              NAIC#: 36420
Ultimate Parent#: 85449  FEIN#: 95-3323939

### BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the property/casualty members of Allianz Insurance Group, which operate under a group structure, each group member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the group. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Allianz Insurance Group.

**Best's Rating: A g**        **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 23, 2007: A g

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 10/02/06 | A g | 03/21/03 | A+ g |
| 07/22/05 | A g | 11/20/02 | A++gu |
| 06/21/04 | A g | 09/20/02 | A++g |
| 04/16/03 | A g | | |

### KEY FINANCIAL INDICATORS ($000)

| | Statutory Data | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 2002 | 3,700 | 2,686 | -7,341 | -7,123 | 102,519 | 42,371 |
| 2003 | 12,491 | 93 | -136 | 1,651 | 70,559 | 51,626 |
| 2004 | -181 | 850 | -471 | 793 | 78,203 | 52,245 |
| 2005 | -50 | 770 | -296 | 641 | 84,065 | 53,052 |
| 2006 | 63 | 2,384 | 1,619 | 1,619 | 84,624 | 54,573 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2002 | 277.2 | 5.0 | -99.9 | 21.8 | 0.1 | 1.3 | 193.6 | 108.1 |
| 2003 | 573.5 | 6.4 | -13.4 | 7.1 | 0.0 | 0.4 | 372.7 | -12.7 |
| 2004 | 141.8 | 4.8 | -60.7 | 5.2 | 0.0 | 0.5 | 301.3 | 14.2 |
| 2005 | 265.0 | 5.2 | -47.6 | 4.5 | 0.0 | 0.6 | 271.1 | 91.3 |
| 2006 | 62.4 | 5.0 | 113.7 | 3.5 | 0.0 | 0.6 | 281.6 | 119.8 |
| 5-Yr | 200.3 | 5.3 | -96.7 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Surplus Lines Writers.