IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR DELAWARE COUNTY

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, AS SUBROGEE OF ONE RIVERPLACE, LLC,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A.R. MYERS CORPORATION AND ENTERPRISE MASONRY CORPORATION,<br>　　　　　Defendants. | : C.A. NO. 08-138<br>:<br>:<br>:<br>:<br>: TRIAL BY JURY OF 12 DEMANDED<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE OF RICHARD D. ABRAMS, ESQUIRE of Mintzer, Sarowitz, Zeris, Ledva & Meyers, Suite 300, 1220 North Market Street, Wilmington, DE 19801 on behalf of Defendant ENTERPRISE MASONRY CORPORATION.

　　　　　　　　　　　　　MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

　　　　　　　　　　　　　　/s/ Richard D. Abrams
　　　　　　　　　　　　　RICHARD D. ABRAMS, I.D. #2968
　　　　　　　　　　　　　1220 North Market Street, Suite 300
　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　(302) 655-2181
　　　　　　　　　　　　　Attorney for Defendant Enterprise Masonry Corporation
Date: March 25, 2008　　　MSZL&M File No. 004343.000001

397203

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR DELAWARE COUNTY

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, AS SUBROGEE OF ONE RIVERPLACE, LLC, <br>           Plaintiff, <br><br> vs. <br><br> A.R. MYERS CORPORATION AND ENTERPRISE MASONRY CORPORATION, <br>           Defendants. | : C.A. NO. 08-138 <br> : <br> : <br> : <br> : <br> : TRIAL BY JURY OF 12 DEMANDED <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

    I, RICHARD D. ABRAMS, do hereby certify that on the 25th day of March 2008 two true and correct copies of the Entry of Appearance were forwarded to counsel as follows via first class mail:

Sean J. Bellew, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

/s/ Richard D. Abrams
RICHARD D. ABRAMS, I.D. #2968
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant Enterprise Masonry Corporation
MSZL&M File No. 004343.000001

Date:   March 25, 2008

397204