IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, AS SUBROGEE OF ONE RIVERPLACE, LLC<br>　　　　Plaintiff,<br><br>　　vs.<br><br>A.R. MYERS CORPORATION AND ENTERPRISE MASONRY CORPORATION<br>　　　　Defendants. | NO. 08-138<br><br>TRIAL BY JURY OF 12 DEMANDED |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE OF RICHARD D. ABRAMS, ESQUIRE of Mintzer, Sarowitz, Zeris, Ledva & Meyers, Suite 300, 1220 North Market Street, Wilmington, DE 19801 on behalf of Defendant ENTERPRISE MASONRY CORPORATION.

　　　　　　　　　　　　　　MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

　　　　　　　　　　　　　　　　/s/ Richard D. Abrams
　　　　　　　　　　　　　　RICHARD D. ABRAMS, I.D. #2968
　　　　　　　　　　　　　　1220 North Market Street, Suite 300
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　(302) 655-2181
　　　　　　　　　　　　　　Attorney for Defendant Enterprise Masonry Corporation
Date:　March 25, 2008　　　MSZL&M File No. 004343.000001

397242

## CERTIFICATE OF SERVICE

I, RICHARD D. ABRAMS, ESQUIRE, do hereby certify that a true and correct copy of the within **Entry of Appearance** was forwarded by First Class Mail, postage pre-paid on the 25th day of March, 2008 as follows:

>Sean J. Bellew, Esquire
>COZEN O'CONNOR
>Chase Manhattan Centre
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801

>_____/s/ Richard D. Abrams_____
>RICHARD D. ABRAMS

397242